# MEMORANDUM DECISIONS.

ALBRIGHT, Respondent, v. GLEASON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Edmund Albright against Frederick Gleason. No opinion. Judgment affirmed, with costs.

ALEXANDER, Appellant, v. OETJEN, Respondent. (Supreme Court, Appellate Term. April 27, 1898.) Action by John V. Alexander against Herman Oetjen. D. E. Anthony, for appellant. Foster, Hotaling & Klenke, for respondent.

PER CURIAM. The judgment appealed from is affirmed, with costs.

In re AN ATTORNEY. (Supreme Court, Appellate Division, First Department. March 25, 1898.) In the matter of an attorney. No opinion. Application denied.

In re ARCHER & PANCOAST CO. (Supreme Court, Appellate Division, First Department. April 7, 1898.) In the matter of Archer & Pancoast Company. B. Traver, for ——. D. M. Porter, for ——. No opinion. Order affirmed, with $10 costs and disbursements.

BAKER et al., Respondents, v. KOERNER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Baker, Jones & Co. against Herman T. Koerner and another. No opinion. Judgment affirmed, with costs.

BAKER, Respondent, v. SCHOELLKOPF, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by George Baker against Louis Schoellkopf. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 1123.

BEATTIE, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1898.) Action by Frank Beattie against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment and order affirmed, with costs.

BETHEL et al., Respondents, v. HUTCHESON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 22, 1898.) Action by Mary A. Bethel, as administratrix, etc., and another, against Aubrey G. Hutcheson and another, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements, to abide event of the action.

BLANC v. BLANC (two cases). (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by Frederick N. Blanc against Elizabeth L. Blanc. No opinion. Motion granted, with $10 costs. See 47 N. Y. Supp. 694; 48 N. Y. Supp. 1101.

In re BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. March 25, 1898.) In the matter of the board of education. No opinion. A guardian ad litem must be appointed in this proceeding for the infants.

In re BROOKLYN CITY R. CO. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) In the matter of the application of the Brooklyn City Railroad Company for the appointment of commissioners to determine the necessity for the construction of tracks on Johnson street.

PER CURIAM. This application is wholly informal. It should properly be made by petition, though we do not say that affidavits would not suffice if they contained all the necessary allegations entitling the applicant to the appointment of commissioners. The papers do not show that the Brooklyn City Railroad Company is a corporation, much less that it is a railroad corporation, incorporated under the laws of this state. If it is not such a corporation, it is not entitled to receive such a franchise. There are various other requirements by statute, with which the applicant must comply before it is entitled to maintain this application. The petition should be modeled somewhat after the form of that prescribed in condemnation proceedings. Application denied, with $10 costs and disbursements, with leave to renew.

CALLADINE, Respondent, v. CITY OF NIAGARA FALLS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Thomas M. Calladine against the city of Niagara Falls and others. No opinion. Order affirmed, with $10 costs and disbursements. See Godley v. Salt Co., 3 App. Div. 17, 37 N. Y. Supp. 988.

CARPENTER, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Lewis E. Carpenter against John Taylor. No opinion. Judgment and order affirmed, with costs.

CARRIGAN, Appellant, v. CARRIGAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Catherine Carrigan against Michael Carrigan and others. No opinion. Decline to hear, as no proper decision is contained in the record. See McManus v. Palmer, 13 App. Div. 443, 43 N. Y. Supp. 601; Village of Palmyra v. Wynkoop, 53 Hun, 82, 6 N. Y. Supp. 62.